IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH SAMPAIO, Individually and on behalf of a class of others similarly situated,<br>        Plaintiff,<br>  vs.<br><br>DUANE "DOG" CHAPMAN, ET AL.,<br>        Defendants.<br>_____ | CIVIL NO. 06-00316 HG-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 25, 2006 (Doc. 40), and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2006.



  /s/ Helen Gillmor_____
Chief United States District Judge

cc: all parties of record